433 A.2d 3

**Willie LONDON, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Submitted May 18, 1981.

Decided July 2, 1981.

Willie London, pro se.

Arthur R. Thomas, Asst. Atty. Gen., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM.

The order of the Commonwealth Court is affirmed.

WILKINSON, J., did not participate in the consideration or decision of this case.